United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHARFUN NISH HAFIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-00015-JD<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 41 |

　　　　Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant Nationstar Mortgage, LLC's Motion to Dismiss the First Amended Complaint, which has been noticed for hearing on June 11, 2014, is appropriate for decision without oral argument.

　　　　Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

　　　　**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
JAMES DONATO
United States District Judge